**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-2358**

———————————

ANTHONY LAMBERT, SR.,

Plaintiff - Appellant,

versus

EDWARD E. WEBB, individually and in his
official capacity as Sheriff of Gates County,
North Carolina; KEVIN L. BYRD, individually
and in his official capacity as Sergeant of
Gates County, North Carolina; GATES COUNTY,
NORTH CAROLINA; GATES COUNTY DEFENDANTS,

Defendants - Appellees,

and

FIDELITY AND DEPOSIT COMPANY OF MARYLAND;
E. W. Jones, individually,

Defendants.

———————————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Elizabeth City. Terrence W. Boyle,
Chief District Judge. (CA-00-60-2-BO)

———————————

Submitted: April 24, 2002          Decided: May 20, 2002

———————————

Before WIDENER, WILKINS, and MOTZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

Anthony Lambert, Sr., Appellant Pro Se. Mark Allen Davis, Tamara Paragino Williams Desai, WOMBLE, CARLYLE, SANDRIDGE & RICE, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Lambert, Sr., appeals the district court's orders denying his motion to remand the action to state court and dismissing the action pursuant to Fed. R. Civ. P. 37(b), 41(b). We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Lambert v. Webb, No. CA-00-60-2-BO (E.D.N.C. Feb. 13, 2001; Sept. 21, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED